IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **VS.** | : CRIMINAL NO. 21-MJ-182 |
| | : |
| **DAWN BANCROFT** | : |

**ENTRY OF APPEARANCE**

To the Clerk of Courts:

Kindly enter my appearance *pro hac vice* on behalf of the Defendant, Dawn Bancroft in the above-captioned case.

                                                                /s/ Carina Laguzzi
                                            **CARINA LAGUZZI,**
**ESQUIRE**

                                            P.O. Box 30095
                                            Philadelphia, PA 19103
                                            (215) 625-4547
                                            (215) 625-4541 - Fax

DATED: 02/01/2021