AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Dawn Bancroft<br>_____<br>*Defendant* | Case: 1:21-mj-00182<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 1/28/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Dawn Bancroft, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D), (G)-Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/28/2021                                  2021.01.28 17:31:17 -05'00'
                                                  *Issuing officer's signature*

City and state: Washington, D.C.                  Zia M. Faruqui, U.S. Magistrate Judge
                                                  *Printed name and title*

### Return

This warrant was received on *(date)* 01/28/2021, and the person was arrested on *(date)* 01/29/2021
at *(city and state)* Fort Washington, PA.

Date: 1/29/21                                     _____
                                                  *Arresting officer's signature*

                                                  Bryan L. Pacchioli, SA, FBI
                                                  *Printed name and title*