FILED
SEP 28 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No: 21-CR-271 (EGS)** |
| **v.** | : | |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| **DAWN BANCROFT,** | : | |
| **Defendant.** | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dawn Bancroft, with the concurrence of her attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

***The Attack at the U.S. Capitol on January 6, 2021***

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the Capitol, and USCP were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

***Dawn Bancroft's Participation in the Capitol Riot on January 6, 2021***

8. The defendant, Dawn Bancroft, lives in Doylestown, Pennsylvania. On January 6, 2021, she and co-defendant, Diana Santos-Smith, took the train from eastern Pennsylvania to Washington, D.C. The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9. In the early afternoon of January 6, 2021, Bancroft and her co-defendant entered the Capitol Grounds, a restricted area, on the west side of the Capitol. Bancroft and her co-defendant walked up a set of steps on the west side of the Capitol near the temporary scaffolding that made up the inaugural stage, and into a plaza on the northwest side of the Capitol. After the crowd breached a door on the north-west side of the first floor of the Capitol—commonly referred to as the Senate Wing Door—Bancroft and her co-defendant entered the Capitol. At approximately

2:50 PM, Bancroft and her co-defendant first went in through a broken out window to the north of the Senate Wing Door, but seeing the crowd, turned around and exited through the same window.

10. One minute later—at approximately 2:51 PM, Bancroft and her co-defendant re-entered the Capitol through a separate broken out window just to the south of the Senate Wing Door. This time, Bancroft and her co-defendant remained inside the Capitol for approximately one minute before leaving through the same window. Bancroft knew at the time she entered the Capitol that that she did not have permission to enter the building. While inside the Capitol, Bancroft paraded, demonstrated, or picketed.

11. After exiting the Capitol, Bancroft filmed a selfie style video of herself, her co-defendant, and other unidentified individuals. Bancroft stated in sum and substance: DIANA AND I ARE ON OUR WAY OUT BUT LOOK AT THE WAY OUT. IT'S CRAZY [*laughs*]. THIS IS THE PART I DON'T LIKE BECAUSE YOU CAN'T BREATHE, YOU CAN'T SEE, AND IF SOMEONE COMES AND WAS TO DROP A BOMB WE'RE DEAD, BASICALLY. . . . BUT WE BROKE INTO THE CAPITOL, WE GOT INSIDE, WE DID OUR PART, WE WERE LOOKING FOR NANCY TO SHOOT HER IN THE FRICKIN' BRAIN, BUT WE DIDN'T FIND HER. BUT ALL IS GOOD.

12. Bancroft was interviewed by agents from the Federal Bureau of Investigation on January 19, 2021. During that interview, Bancroft confirmed that she traveled to Washington, D.C., on January 6, 2021, and admitted to entering the Capitol on January 6, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: ______________________________
SEAN P. MURPHY
Assistant United States Attorney
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov


## DEFENDANT'S ACKNOWLEDGMENT

I, Dawn Bancroft, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: September 10, 2021

Dawn Bancroft
Dawn Bancroft
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 09/15/21

Carina Laguzzi
Attorney for Defendant