**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| VS. : | **CRIMINAL NO. 21-271** |
| : | |
| **DAWN BANCROFT** : | |

## MOTION TO SUBSTITUTE COUNSEL

AND NOW, undersigned counsel (appearing pro hac vice for Defendant Bancroft) hereby moves pursuant to Local Rule LCrR 44.5 for substitution of local counsel. Defendant requests Kira West be withdrawn as counsel and Edward B. MacMahon, Jr. of 2600 Pennsylvania Avenue NW, Washington, D.C. 20037 be substituted as local counsel of record.

Respectfully submitted:

*/s/ Carina Laguzzi*

Counsel for Dawn Bancroft
Carina Laguzzi, Esquire
P.O. Box 30095
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

I, CARINA LAGUZZI, certify that on this 13th day of December, 2021, I have served a copy of the attached Motion for Substitution of Local Counsel via electronic filing, thus making it available for downloading and printing, upon the following parties:

Sean Murphy
Assistant United States Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918

The Honorable Emmet G. Sullivan
U.S. District Judge
U.S. District Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001

Kira West
712 H St, NE
Unit 509
Washington, DC 20002

/s/ Carina Laguzzi
CARINA LAGUZZI, ESQUIRE
Attorney for Defendant Bancroft

DATED:   December 13, 2021