Flight Reference - 49QQIA

Print this page

# Flight details and services

Saturday, March 19, 2022      Economy Light

| 8:30 PM ✈ 6:15 AM +1 day | New York - Reykjavík | 5h 45m | Non-stop |
| FI622 | EWR - KEF | | |

Mar 19th 2022      Mar 20th 2022
EWR      KEF
8:30 PM      6:15 AM

Terminal B
Operated by: Icelandair
BOEING 737 MAX 9

Friday, March 25, 2022      Economy Light

| 5:00 PM ✈ 7:10 PM | Reykjavík - New York | 6h 10m | Non-stop |
| FI623 | KEF - EWR | | |

Mar 25th 2022      Mar 25th 2022
KEF      EWR
5:00 PM      7:10 PM

     Terminal B
Operated by: Icelandair
BOEING 737 MAX 8

## Baggage allowance

If your travel arrangements include more than one airline, other baggage allowance may apply.

Baggage allowance and charges are applied for the whole trip. It is not possible to book luggage for only a part of the trip.

Baggage allowance and fees are provided for information only. Additional allowance may apply depending on the traveler's individual passenger status (e.g. Saga Club


membership)



**Carry-on bag (22 lbs)**
1 included

21.6 in

7.8 in

15.7 in

[What if my flights are operated by more than one airline?](#)

## Booking details

6/7/2021                         Case 1:21-cr-00271-EGS   Document 49-1   Filed 02/02/22   Page 3 of 4
Booking_details

## Passengers

| | Dawn Lee Bancroft |
|---|---|
| Adult | lca@jtholidaygroup.com |
| | +4402085118885 |
| | E-ticket nr: **1082409975381** |

| | Jennifer Lynn Hauber |
|---|---|
| Adult | E-ticket nr: **1082409975380** |

✏️ **Edit contact information**

## Flight details and services

### Dangerous goods

Passenger baggage must not contain any articles or substances that may present a danger during transport, including those shown below. Some exceptions may apply. Please check the hazardous materials conditions.    You may also visit the Transportation Security Administration (TSA) website    for a list of items that can and cannot be transported on passenger aircraft.

 Acid

 Compressed gas

 Explosives

Flammable substances

 Pollutants

 Oxidising agents

Infectious substances

Poisons