# PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA

District Court Unit
333 Constitution Avenue, NW Rm 2507
Washington, DC 20001
Phone: 202-442-1000 | Fax: 202-442-1001

## Contact Report

**To:** The Honorable Emmet G. Sullivan                                      2/1/2022 9:48:19 AM

**From:** Masharia Holman, Pretrial Services Officer
**RE:** Dawn Bancroft
                                                                            PDID: 039808

| Docket Number(s) | Appearance Date(s) |
|---|---|
| CR21-000271-01 | 5/26/2022 |

**Supervision Period: 2/11/2020 - 1/31/2022**

| Date | Time | Check-In Type | Contact Type | Compliance |
|---|---|---|---|---|
| 1/31/2022 | 10:49 AM | Check - In | Telephone | YES |
| 1/25/2022 | 8:40 AM | Check - In | Telephone | YES |
| 1/18/2022 | 12:06 PM | Check - In | Telephone | YES |
| 1/10/2022 | 8:37 AM | Check - In | Telephone | YES |
| 1/4/2022 | 11:11 AM | Check - In | Telephone | YES |
| 12/27/2021 | 9:58 AM | Check - In | Telephone | YES |
| 12/20/2021 | 2:28 PM | Check - In | Telephone | YES |
| 12/13/2021 | 10:32 AM | Check - In | Telephone | YES |
| 12/6/2021 | 4:01 PM | Check - In | Telephone | YES |
| 11/29/2021 | 8:57 AM | Check - In | Telephone | YES |
| 11/22/2021 | 8:41 AM | Check - In | Telephone | YES |
| 11/16/2021 | 3:02 PM | Check - In | Telephone | YES |
| 11/10/2021 | 10:42 AM | Check - In | Telephone | YES |
| 11/3/2021 | 8:54 AM | Check - In | Telephone | YES |
| 10/25/2021 | 2:05 PM | Check - In | Telephone | YES |
| 10/18/2021 | 4:41 PM | Check - In | Telephone | YES |
| 10/12/2021 | 11:04 AM | Check - In | Telephone | YES |
| 10/4/2021 | 10:32 AM | Check - In | Telephone | YES |
| 9/27/2021 | 2:52 PM | Check - In | Telephone | YES |
| 9/20/2021 | 12:35 PM | Check - In | Telephone | YES |
| 9/14/2021 | 1:12 PM | Check - In | Telephone | YES |

**Supervision Period:  2/11/2020 - 1/31/2022**

| Date | Time | Check-In Type | Contact Type | Compliance |
|---|---|---|---|---|
| 9/7/2021 | 11:41 AM | Check - In | Telephone | YES |
| 8/30/2021 | 10:15 AM | Check - In | Telephone | YES |
| 8/26/2021 | 11:22 AM | Check - In | Telephone | YES |
| 8/17/2021 | 1:16 PM | Check - In | Telephone | YES |
| 8/11/2021 | 10:18 AM | Check - In | Telephone | YES |
| 8/5/2021 | 10:01 AM | Check - In | Telephone | YES |
| 7/26/2021 | 3:56 PM | Check - In | Telephone | YES |
| 7/20/2021 | 11:40 AM | Check - In | Telephone | YES |
| 7/12/2021 | 12:37 PM | Check - In | Telephone | YES |
| 7/6/2021 | 10:45 AM | Check - In | Telephone | YES |
| 6/28/2021 | 9:46 AM | Check - In | Telephone | YES |
| 6/22/2021 | 10:33 AM | Check - In | Telephone | YES |
| 6/14/2021 | 2:11 PM | Check - In | Telephone | YES |
| 6/7/2021 | 2:19 PM | Check - In | Telephone | YES |
| 6/2/2021 | 2:27 PM | Check - In | Telephone | YES |
| 5/24/2021 | 12:52 PM | Check - In | Telephone | YES |
| 5/19/2021 | 8:36 AM | Check - In | Telephone | YES |
| 5/10/2021 | 4:52 PM | Check - In | Telephone | YES |
| 5/6/2021 | 10:02 AM | Check - In | Telephone | YES |
| 4/29/2021 | 10:22 AM | Check - In | Telephone | YES |
| 4/19/2021 | 10:44 AM | Check - In | Telephone | YES |
| 4/13/2021 | 12:19 PM | Check - In | Telephone | YES |
| 4/6/2021 | 9:47 AM | Check - In | Telephone | YES |
| 3/29/2021 | 2:28 PM | Check - In | Telephone | YES |
| 3/23/2021 | 9:35 AM | Check - In | Telephone | YES |
| 3/17/2021 | 11:45 AM | Check - In | Telephone | YES |
| 3/10/2021 | 9:13 AM | Check - In | Telephone | YES |
| 3/2/2021 | 9:02 AM | Check - In | Telephone | YES |
| 2/24/2021 | 8:52 AM | Check - In | Telephone | YES |
| 2/16/2021 | 2:25 PM | Check - In | Telephone | YES |
| 2/11/2021 | 10:35 AM | Check - In | Telephone | YES |

| Defense Attorney: | | | | Phone Number: |
|---|---|---|---|---|

*For further compliance information, please call 202-442-1000.*

*This information is intended for use by the Court and the attorneys, and not for inclusion in the court jacket.*

*Prepared 2/1/2022 9:48:19 AM by  HolmanM*