

+1 (864) 710-4989

Text Message
Saturday 10:23 AM

Fuck you Fascists Traitor

Fucking CUNT

Trump LOST!!? Bahahahaha!!!!?

Fucking bitch

I want to meet up with you in person... To "talk" about some things

Get a life!

Fucking Traitor!!!!

Trump LOST